**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Michael E. Hyatt, Appellant.

Appellate Case No. 2014-000083

Appeal From Lancaster County
Brian M. Gibbons, Circuit Court Judge

Unpublished Opinion No. 2015-UP-326
Submitted March 1, 2015 – Filed July 1, 2015

**AFFIRMED**

Appellate Defender Susan Barber Hackett, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Christina Catoe Bigelow, both of Columbia; and Solicitor Douglas A. Barfield, Jr., of Kershaw, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Wilson*, 345 S.C. 1, 5, 545 S.E.2d 827, 829 (2001) ("In

criminal cases, the appellate court sits to review errors of law only."); *id.* ("We are bound by the trial court's factual findings unless they are clearly erroneous."); *State v. Barksdale*, 311 S.C. 210, 216, 428 S.E.2d 498, 502 (Ct. App. 1993) ("When a jury requests an additional charge, it is sufficient for the [trial] court to charge only those matters necessary to answer the jury's request."); *State v. Nichols*, 325 S.C. 111, 118-19, 481 S.E.2d 118, 122 (1997) (holding a trial court's decision to recharge the jury on the offenses and refusal to recharge on self-defense because the jury did not specifically ask for clarification on self-defense was not error).

**AFFIRMED.**[1]

**KONDUROS, LOCKEMY, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.